# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MARY A. GILLIS  
4949 CLEAR SKY DRIVE  SSN-xxx-xx-0188  
ROCKFORD, IL  61109

Case Number: 05-72533

Case filed on: 5/18/2005  
Plan Confirmed on: 7/22/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $18,050.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BRIAN A. HART | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 202 | JP MORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MARY A. GILLIS | 0.00 | 0.00 | 50.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 50.00 | 0.00 |
| 001 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | JP MORGAN CHASE BANK NA% CHASE HOME | 19,694.39 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 19,694.39 | 0.00 | 0.00 | 0.00 |
| 003 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | SMC | 80.53 | 80.53 | 26.02 | 0.00 |
| 005 | CHASE BANK USA NA | 40,085.41 | 40,085.41 | 12,952.56 | 0.00 |
| 006 | DELL COMPUTERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NORTHERN ILLINOIS IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NORTHERN ILLINOIS SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | RADIOLOGY CONSULTANTS ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD ANESTHESIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 2,409.97 | 2,409.97 | 778.72 | 0.00 |
| 013 | RESURGENT CAPITAL SERVICES | 2,626.53 | 2,626.53 | 848.69 | 0.00 |
| 014 | SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SWEDISH AMERICAN MEDICAL GROUP | 203.35 | 203.35 | 65.71 | 0.00 |
|  | Total Unsecured | 45,405.79 | 45,405.79 | 14,671.70 | 0.00 |
|  | Grand Total: | 67,300.18 | 47,605.79 | 16,921.70 | 0.00 |

Total Paid Claimant:     $16,921.70  
Trustee Allowance:       $1,128.30  
Percent Paid Unsecured:       32.31

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008                 By  /s/Heather M. Fagan